### STATE OF CONNECTICUT *v.* JAMIE SCOTT (11848)

DUPONT, C. J., LAVERY and HEIMAN, Js.

Argued October 28—decision released November 23, 1993

*Stephen V. Moran,* assistant public defender, for the appellant (defendant).

*Nancy L. Gillespie,* deputy assistant state's attorney, with whom, on the brief, was *Herbert E. Carlson,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.